mcP
X9590
2/5/2018

**FILED**
FEB 0 5 2018
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Marco Antonio PRECIADO-Moreno,<br><br>Defendant. | Case No.: **18MJ0514**<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 21 U.S.C. § 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

On or about February 04, 2018, within the Southern District of California, defendant, Marco Antonio PRECIADO-Moreno, did knowingly and intentionally import 5 kilograms and more, to wit: approximately 26.72 kilograms (58.78 pounds), of a mixture or substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Special Agent Michael Brown
Homeland Security Investigations

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 5th DAY OF FEBRUARY 2018.

_____
U.S. MAGISTRATE JUDGE
JILL L. BURKHARDT

## PROBABLE CAUSE STATEMENT

On February 04, 2018, at approximately 11:08 a.m., defendant MARCO ANTONIO PRECIADO-MORENO ("PRECIADO"), a Mexican National, applied for permission to enter into the United States from Mexico through the San Ysidro, California, Port of Entry in vehicle lane #12. PRECIADO was the registered owner and driver of a 2014 Ford Focus bearing Mexican license plates ("the vehicle").

Customs and Border Protection Officer ("CBPO") David Mateos searched the vehicle with the assistance of a Narcotics Detection Dog while in vehicle lane 12. The Narcotics Detection Dog alerted to the driver side passenger window of the vehicle. CBPO Mateos thereafter requested assistance from CBP Officers assigned to the Anti-Terrorism/Contraband Enforcement Team (AT/CET). CBP Officer Morton responded to vehicle lane 12.

CBPO Douglas Morton conducted the primary inspection of PRECIADO. PRECIADO told CBPO Morton that his intended destination within the United States was a swap meet (Spring Valley, CA). He gave two negative customs declarations to CBPO Morton, who referred and escorted the vehicle to the secondary lot for further inspection.

1

CBPO Jonathan Vanmeter conducted the secondary inspection of the vehicle. During his secondary inspection, CBPO Vanmeter discovered twenty-one packages, wrapped in cellophane wrap and duct tape, concealed within the dashboard of the vehicle. A randomly selected package from inside of the dashboard contained a white powdery substance that field-tested positive for cocaine. The combined weight of the packages was approximately 26.72 kilograms (58.78 pounds). At approximately 2:10 p.m., HSI Special Agent Mike Brown, who used San Diego Police Officer Erick Valdez as a Spanish/English translator, interviewed PRECIADO. PRECIADO agreed to waive his Miranda rights and speak with Special Agent Brown. During the interview, PRECIADO denied knowledge of the drugs within the vehicle, but then later in the interview stated that he was going to be paid $1500.00 U.S. dollars to deliver the vehicle with drugs to the parking lot of the swap meet in Spring Valley, CA. As the questioning continued, PRECIADO denied knowledge of the drugs again.

PRECIADO was arrested and charged with a violation of Title 21, United States Code, 952 and 960, importation of a controlled substance, and booked into the Metropolitan Correctional Center.